**Order entered December 1, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00652-CV

### JAMES MICHAEL STUART, ET AL., Appellants

### V.

### U.S. BANK NATIONAL ASSOCIATION, Appellee

**On Appeal from the County Court at Law No. 2**
**Dallas County, Texas**
**Trial Court Cause No. CC-14-00955-B**

## ORDER

We **GRANT** appellants' November 25, 2014 motion for an extension of time to file a brief. We **ORDER** the brief tendered to this Court by appellants on November 25, 2014 filed as of the date of this order.

/s/ ELIZABETH LANG-MIERS
   JUSTICE